IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:12-559 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Charles Tarron Carter, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's Motion to compel. ECF No. 90. The Government has responded in opposition. ECF No. 96.

Defendant has failed to respond to the Government's opposition and has failed to establish a basis to compel Government action. Accordingly, Defendant's motion is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 24, 2015

1